1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE S. LOUIE,

11            Plaintiff,              No. CIV S-11-0885 JAM GGH PS

12       vs.

13   STOCKTON BLVD. STORE LLC, et al.,

14            Defendants.            ORDER

15   _____/

16            This court is in receipt of two letters, one dated June 1, 2011 by plaintiff, and one

17   dated June 2, 2011, by Michael Welch, attorney of record for one of the defendants.  Because

18   these letters constitute ex parte communications and are inappropriate, they will not be entered

19   on the docket.

20            IT IS SO ORDERED.

21   DATED: June 7, 2011                    /s/ Gregory G. Hollows

22                                _____

23   GGH:076/Louie0885.ord.wpd            UNITED STATES MAGISTRATE JUDGE

24

25

26

                              1